THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

1/19/2016

ANTHONY KEVIN FIELDS
FED NO 18555-083
FCI BECKLEY

CIVIL ACTION NO. 5:16-cv-00786

Civil Action NO. 5:15-cv-09187

JOE COAKLEY, et al.,

**FILED**
JAN 25 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

COMPLAINT TORT

I ANTHONY Fields is filing this PRO SE complaint because the WARDEN, unit team and staff are violating my constitution Right

1. I on 10/23/2015 got beat up real bad by a inmate where staff show Racical I'm was sent to outside clinic where they saw I need to be transfer to Charleston hospital the officer feel like to much information got out he put stop to my medical treatment and bring me back to FCI Beckley to Special Housing without me set all my medical take care I never got a follow up or seen a doctor. I put in sick call and ask to see doctor Doctor McLane have not seen me since I been here

2. The inmate who beat me up he got out special housing 2 months ago and is gone home the warden and unit

team keep play around with my transfer why every day I am in pain

3. The took my phone privileges for 60 days, won't let me make legal calls to find a attorney because they no I was saving my money to try get a attorney, refuse to give me my legal materials out my property and will not properly take my legal mail to mail they don't want to take it and playing with my family mail and not give me the time I need in library 3 months I or been in law library 1 hour.

4. The Disciplinary time was over 12/14/2015 I have been in Special Housing 3 months and I don't no how much longer my health can hold up every day my heart is paining I have seen a heart special yet because the cell is not air and my throat, lung and is close so I don't get enough air to brain and heart I sleep on floor by door try to get what I can they see me and don't care they don't want it document how bad my health is

I need the court to investigate this

witness by [signature]
27065051  1-19-16

Anthony Field
18555-083
1/19/2016

Anthony Fields
Fed No. 18555-083
FCI Beckley
Federal Correction al Institution
P.O Box 350
Beaver WV, 25813

LEGAL MAIL

CHARLESTON WV 250
20 JAN 2016 PM 2L

25801455299

U.S. District Court
Southern District of West Virginia
110 N. Heber Street
Beckley, WV 25801