IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ANTHONY KEVIN FIELDS,

        Plaintiff,

v.                                CIVIL ACTION NO. 5:16-cv-00786

JOE COAKLEY, et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's Complaint, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                ENTER:    September 12, 2016

                IRENE C. BERGER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF WEST VIRGINIA